IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BLANKENSHIP GROUP, INC.; and BLANKENSHIP GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WINDAMIR DEVELOPMENT, INC.; and BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION NO.: 4:22-cv-52 |

**O R D E R**

On May 16, 2022, the Court administratively closed this action upon being advised by the parties that the case had settled and would soon be dismissed by joint stipulation.  (Doc. 19.) Presently before the Court is a Stipulation of Dismissal With Prejudice signed by counsel for Plaintiff and counsel for Defendant and filed with the Court on May 31, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, with each party to bear its own costs.  (Doc. 20.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to **OPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 3rd day of June, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA